UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABAD AMILCA SANDOVAL GONZALEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>        Defendants. | Case No.  1:20-cv-01422-DAD-BAK (BAM)<br><br>**ORDER GRANTING STIPULATION FOR LIMITED EXTENSION OF DISCOVERY CUT-OFF**<br><br>(Doc. 27) |

Pursuant to the parties' stipulation, and good cause appearing, the request for a limited modification of the scheduling order is GRANTED.  (Doc. 27.)  The non-expert discovery deadline is extended from April 14, 2022, to May 13, 2022, to permit the parties to complete the discovery matters identified in the stipulation.[1]

IT IS SO ORDERED.

Dated:   **April 12, 2022**            /s/ Barbara A. McAuliffe       _
                                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The parties identify the current Expert Witness Designation deadline as July 29, 2022. (Doc. 27 at 3.)  Pursuant to the Scheduling Order, the expert discovery deadline is July 29, 2022, with expert witness disclosures on or before May 12, 2022, and rebuttal expert disclosures on or before June 17, 2022. (Doc. 18 at 2-3.)

1